No. 838. CAUTIÑO ET AL. *v.* MUÑOZ ET AL.—Appeal from the District Court of Guayama. Motion to dismiss appeal. Decided March 25, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911, and rule 40 of this court. *Messrs. José C. Ramos* and *Pedro Gómez Laserre* for appellant. *Mr. Manuel A. Martínez* for adverse party.

---

No. 411. THE PEOPLE *v.* ONGAY.—Appeal from the District Court of San Juan, Section 2. Decided March 25, 1912. Judgment affirmed. *Mr. Miguel Guerra* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 430. THE PEOPLE *v.* MUÑIZ, JR.—Appeal from the District Court of Mayagüez. Decided March 26, 1912. Appeal withdrawn by appellant. *Mr. Angel A. Vázquez* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 755. ROSSY *v.* MOLLFULLEDA.—Appeal from the District Court of San Juan. Motion to reconsider the judgment rendered by this court in this case on January 29, 1912. Decided March 26, 1912. Motion overruled. The appellant appeared *per se.*

---

No. 431. THE PEOPLE *v.* CARDONA.—Appeal from the District Court of Mayagüez. Decided March 28, 1912. Appeal withdrawn by appellant. *Mr. Enrique Blanes* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

---

No. 418. THE PEOPLE *v.* CAPELLA ET AL.—Appeal from the District Court of San Juan, Section 2. Decided March 28, 1912. Judgment affirmed. *Mr. Cayetano Coll y Cuchí* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.